## KNICKERBOCKER v. KNICKERBOCKER.

DIVORCE—EVIDENCE—APPEAL.

> *Held*, under the evidence, that complainant had made out a case for a divorce on the ground of cruelty; defendant having failed to establish his countercharge of adultery.

Appeal from Hillsdale; Chester, J. Submitted June 5, 1903. (Docket No. 36.) Decided December 1, 1903.

Bill by Mary E. Knickerbocker against Frank J. Knickerbocker for a divorce. From a decree dismissing the bill, complainant appeals. Reversed.

*F. A. Lyon*, for complainant.

*Frankhauser & Cornell* and *Paul W. Chase* (*Grant Fellows*, of counsel), for defendant.

GRANT, J.    Bill for divorce.    In this case we are con-
vinced that the complainant has made out her case, and
that the defense has failed to show adultery on her part,
or to sustain the acts charged.    An extended opinion has
been prepared, in which the testimony has been discussed
*in extenso;* but, as the case turns solely upon a question
of fact, we think no good purpose would be served by print-
ing in the Reports an opinion of 20 or 30 pages, which
could not serve as a precedent in any future case.

Decree is reversed, with costs to complainant.

The other Justices concurred.